# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

IN RE: Alphanet Reese Berry

Case Number: 05-80977-MBM
Chapter 13
Judge MARCI B. MCIVOR

## NOTICE OF UNCLAIMED DIVENDENDS

TO: CLERK OF THE COURT

The check itemized below represents an unclaimed dividend in this estate and is remitted to the Clerk of the Court pursuant to U.S.C. 374(a).

| Check Number | Check Date | Check Amount |
|---|---|---|
| 2511393 | 03/05/2009 | $1,328.62 |

Payee Address History:

Mbna
% Truelogic Financial Corp
P O Box 4238
Englewood, CO 80155-4238

Debtor Address Information:

Alphanet Reese Berry
10610-102 Eddings Drive
Charlotte, NC 28270-1181

Trustee Claim # : 10
Account Number: 839209
Claimed Amount: $14,704.37
Principal Paid: $14,704.37
Interest Paid: $0.00

Dated: 3/6/09

/s/ David Wm. Ruskin

For the Office of the Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Ste 1100
Southfield MI 48076
(248) 352-7755