UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Alphanet Reese-Berry             Case No. 05-80977 -MBM

                                               Chapter 13

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>One Thousand Three Hundred Twenty Eight and 62/100</u> Dollars ($1,328.62), of unclaimed funds held in the U.S. Treasury to:

                 Bank of America Corporation
                 c/o Dilks & Knopik, LLC.
                 P.O. Box 2728
                 Issaquah, WA 98027-0125

Signed on March 30, 2010

                                        /s/ Marci B. McIvor
                                        Marci B. McIvor
                                        United States Bankruptcy Judge